# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2016

## NO. 03-15-00724-CV

**Lower Colorado River Authority, Appellant**

**v.**

**Burnet Central Appraisal District, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on October 15, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.